# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC., ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM, AND PEMCO AIRCRAFT ENGINEERING SERVICES, INC.,** ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| V. ) ) | Case No. 2:11-cv-03577-RDP |
| **THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC. AND BOEING AEROSPACE SUPPORT CENTER,** ) ) ) ) ) ) | |
| DEFENDANTS. ) | |

## **ORDER**

On December 22, 2015, and January 28, 2016, the Special Master issued Reports and Recommendations containing the following recommendations:

1.  That AAI's Motion for Additional Time to Complete Cross-Examination of Glenn Hess should be granted and AAI should be permitted to continue its cross-examination of Mr. Hess for one-and-a-half hours; if necessary, Boeing may follow with up to one hour of re-direct examination. (Doc. # 176).

2.  That AAI's Motion to Compel Boeing to Testify on Plaintiff's Rule 30(b)(6) Topics 30-32 should be granted and Boeing should be compelled to comply with AAI's Proposal, with the caveats that AAI will (1) include no more than two hundred document families on List B, and (2) limit its examination questions about those documents (aside from

authenticity) to who at Boeing had access to the documents during the relevant period (as opposed to the entire internal transfer history of the documents).  (Doc. # 178).

No objections were filed to either Report and Recommendation.  (*See* Docs. # 176 - 179).

After careful consideration of the record in this case, the Special Master's Reports and Recommendations, the court hereby **ADOPTS** the Reports of the Special Master. The court further **ACCEPTS** the recommendations of the Special Master. It is therefore **ORDERED** as follows:

1.  AAI's Motion for Additional Time to Complete Cross-Examination of Glenn Hess is **GRANTED**. AAI will be permitted to continue its cross-examination of Mr. Hess for one-and-a-half hours; if necessary, Boeing may follow with up to one hour of re-direct examination.

2.  AAI's Motion to Compel Boeing to Testify on Plaintiff's Rule 30(b)(6) Topics 30-32 is **GRANTED.**  Boeing **SHALL** comply with AAI's Proposal, with the caveats that AAI will (1) include no more than two hundred document families on List B, and (2) limit its examination questions about those documents (aside from authenticity) to who at Boeing had access to the documents during the relevant period (as opposed to the entire internal transfer history of the documents).

**DONE** and **ORDERED** this February 12, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE