FILED
2016 Mar-16 PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC., ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM, AND PEMCO AIRCRAFT ENGINEERING SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC. AND BOEING AEROSPACE SUPPORT CENTER, <br><br> DEFENDANTS. | Case No. 2:11-cv-03577-RDP |

## ORDER

On February 9, 2016, the Special Master issued a Report and Recommendation (Doc. # 182) containing the recommendation that Boeing's Motion to Compel Testimony on Topics 5, 20, and 32 of Boeing's Rule 30(b)(6) Deposition Notice, which was filed with the Special Master on October 9, 2015, be granted. No objections were filed to the Report and Recommendation.

After careful consideration of the record in this case and the Special Master's Report and Recommendation, the court hereby **ADOPTS** the Reports of the Special Master. The court further **ACCEPTS** the recommendations of the Special Master. It is therefore **ORDERED** that Boeing's Motion to Compel Testimony on Topics 5, 20, and 32 of Boeing's Rule 30(b)(6) Deposition Notice is **GRANTED**. AAI **SHALL** provide corporate testimony in the manner proposed in Boeing's Notice (Topic 32) and July 21, 2015 letter (Topics 5 and 20).

**DONE** and **ORDERED** this March 16, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE