IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC., ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM, AND PEMCO AIRCRAFT ENGINEERING SERVICES, INC.,**<br><br>　　**Plaintiffs,**<br><br>**v.**<br><br>**THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC. AND BOEING AEROSPACE SUPPORT CENTER,**<br><br>　　**Defendants.** | **Case No. 2:11-cv-03577-RDP** |

## MODIFIED SCHEDULING ORDER

On April 21, 2016, the Special Master filed a Report and Recommendation (Doc. # 212), which established a document production framework to be used in resolving a dispute over Boeing's subpoena of non-party Kaiser Aircraft Industries, Inc. ("KAII") and recommended certain modifications to the current Scheduling Order (Doc. 189), which was issued on February 17, 2016.  The court **ADOPTS** the Special Master's recommendations (Doc. 212) and **ORDERS** as follows:

　　1.　　Reports from experts retained pursuant to Rule 26(a)(2) **SHALL** be due from Plaintiff **on or before July 1, 2016**, and from Defendant **on or before August 1, 2016**.  All expert discovery **SHALL** be completed **on or before August 22, 2016**.

　　2.　　All potentially dispositive motions **SHALL** be filed **on or before September 15, 2016**.

3.     Unless a party objects **by August 15, 2016**, the court will issue an order referring this case to mediation in **September 2016**.

**DONE** and **ORDERED** this May 3, 2016.

                                              **R. DAVID PROCTOR**
                                              UNITED STATES DISTRICT JUDGE