# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC., ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM, AND PEMCO AIRCRAFT ENGINEERING SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC. AND BOEING AEROSPACE SUPPORT CENTER, <br><br> Defendants. | Case No. 2:11-cv-03577-RDP |

## ORDER

The Special Master has brought to the court's attention that, on May 25, 2015, Boeing filed before him an "Emergency Motion for a Declaration that Its April 7, 2016 Subpoena to Tennenbaum Capital Partners Is Timely Under the Scheduling Order in This Case."

After consultation with the Special Master, it is **ORDERED** that the Emergency Motion is **DENIED WITHOUT PREJUDICE**. As this court has already held, any motion to enforce (and any motion to quash) the TCP subpoena must be presented to the court of compliance. *See* Fed. R. Civ. P. 45(d)(2)(B)(i) ("At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection."); *accord* Fed. R. Civ. P. 37(a)(2) ("A motion for an order to a nonparty must be made in the court where the discovery is or will be taken."). The subpoena was served in California on a California company and seeks documents maintained in California.

To the extent the timeliness issue is presented to the Central District of California, the parties **SHALL** file the following documents with that court: Documents # 157 (Amended Scheduling Order), # 184 (Status Report and Recommendation), # 189 (Amended Scheduling Order), and # 202 (Order Denying Motion to Enforce Discovery Agreement). If that court decides to transfer any issues to this court, this court will consider them. But this court will not encroach on another court's jurisdiction without invitation.

    **DONE** and **ORDERED** this May 26, 2016.

                                    **R. DAVID PROCTOR**
                                    UNITED STATES DISTRICT JUDGE