IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC., ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM, AND PEMCO AIRCRAFT ENGINEERING SERVICES, INC.,<br><br>　　Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC. AND BOEING AEROSPACE SUPPORT CENTER,<br><br>　　Defendants. | Case No. 2:11-cv-03577-RDP |

## ORDER

On August 5, 2016, the Special Master issued a Report and Recommendation (Doc. # 237) containing the recommendation that Boeing's "Motion to Compel AAI's Responses to Boeing's Interrogatory No. 1 and Requests for Admission Nos. 6, 14, 15, 16, and 20" be granted in part and denied in part. No objections were filed to this Report and Recommendation.

After careful consideration of the record in this case and the Special Master's Report and Recommendation, the court hereby **ADOPTS** the Reports of the Special Master. The court further **ACCEPTS** the recommendations of the Special Master. It is therefore **ORDERED** that Boeing's "Motion to Compel AAI's Responses to Boeing's Interrogatory No. 1 and Requests for Admission Nos. 6, 14, 15, 16, and 20" is **GRANTED IN PART** and **DENIED IN PART**. In particular, the court **ORDERS** that:

1. Boeing's Motion is **DENIED** to the extent that it requests unprompted supplementation from AAI of its Interrogatory #1 responses;

2. Boeing's Motion is **DENIED** to the extent that it challenges the sufficiency of AAI's answers to the Disputed RFAs; and

3. Boeing's Motion should be **GRANTED** to the extent that Boeing wishes to submit specific, good-faith requests to AAI for additional information regarding its Interrogatory #1 responses.

**DONE** and **ORDERED** this September 8, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE