IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC., ) <br> ALABAMA AIRCRAFT INDUSTRIES, INC. – ) <br> BIRMINGHAM, and PEMCO AIRCRAFT ) <br> ENGINEERING SERVICES, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE BOEING COMPANY, BOEING ) <br> AEROSPACE OPERATIONS, INC., and ) <br> BOEING AEROSPACE SUPPORT CENTER, ) <br> ) <br> Defendants. ) | Case No. 2:11-cv-03577-RDP |

**AAI'S NOTICE OF REPLACEMENT AND AMENDMENT OF DOC. 476**

AAI serves notice that it amends its filing of Doc. 476 by withdrawing its 15-page version filed April 12, 2019, and replacing it on April 15, 2019, with a resubmitted 10-page version of such reply brief.

Respectfully submitted this the 15th day of April, 2019.

/s/ J. Michael Rediker
One of the Attorneys for Plaintiffs

**OF COUNSEL**
J. Michael Rediker (mrediker@rumberger.com)
Joshua Lerner (jlerner@rumberger.com) (admitted *pro hac vice*)
R. Scott Williams (swilliams@rumberger.com)
Peter J. Tepley (ptepley@rumberger.com)
Meredith J. Lees (mlees@rumberger.com)
Rebecca A. Beers (rbeers@rumberger.com)
RUMBERGER KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, Alabama 35203
**Counsel for Plaintiffs**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have, on this the 15th day of April 2019, served a true and correct copy of the foregoing on the following via the Court's CM/ECF electronic filing system:

R. Thomas Warburton, Esq.
J. Thomas Richie, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Craig S. Primis
John C. O'Quinn
Erin C. Johnston
Tia T. Trout-Perez
Alexia R. Brancato
KIRKLAND & ELLIS, LLP
655 Fifteenth Street NW
Washington, D.C. 20005

                                          */s/ J. Michael Rediker*
                                          OF COUNSEL