IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC., ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM, AND PEMCO AIRCRAFT ENGINEERING SERVICES, INC., <br><br>   Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, BOEING AEROSPACE OPERATIONS, INC. AND BOEING AEROSPACE SUPPORT CENTER, <br><br>   Defendants. | Case No. 2:11-cv-03577-RDP |

## ORDER

This matter is before the court on Plaintiffs' Motion for a Rule 16(a) Scheduling Conference. (Doc. # 481). Plaintiffs' Motion seeks a scheduling conference to schedule this matter for trial. (*Id.*). Defendants oppose the motion, and assert that the case will be ready to be set for trial following resolution of the three outstanding *Daubert* motions. (*Id.* at 2).

This court's practice is not to set a case for a pretrial conference until all outstanding motions are ruled upon so that the parties are as fully informed as possible as to what will be tried. Therefore, Plaintiffs' Motion for a Rule 16(a) Scheduling Conference (Doc. # 481) is **DENIED**. This case will be set for a pretrial conference following a ruling on the pending *Daubert* motions. Those motions are "in the hopper" and will be ruled upon in due course.

**DONE** and **ORDERED** this June 4, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE