Case 2:11-cv-03577-ACA    Document 637    Filed 04/28/22    Page 1 of 4

USCA11 Case: 20-11141    Date Filed: 04/28/2022    Page: 1 of 1

FILED

2022 Apr-28  AM 09:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 28, 2022

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number:  20-11141-DD
Case Style: Alabama Aircraft Industries, et al v. Boeing Company, The, et al
District Court Docket No: 2:11-cv-03577-RDP

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to:  Lois Tunstall
Phone #:  (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-11141

_____

ALABAMA AIRCRAFT INDUSTRIES, INC.,
ALABAMA AIRCRAFT INDUSTRIES INC BIRMINGHAM,
PEMCO AIRCRAFT ENGINEERING SERVICES INC,

Plaintiffs-Appellants-Cross Appellees,

*versus*

BOEING COMPANY, THE,
BOEING AEROSPACE OPERATIONS INC,
BOEING AEROSPACE SUPPORT CENTER,

Defendants-Appellees-Cross Appellants.

_____

Appeals from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:11-cv-03577-RDP

_____

ISSUED AS MANDATE 04/28/2022

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 14, 2022

For the Court: DAVID J. SMITH, Clerk of Court

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**Bill of Costs**

Court of Appeals Docket No. ___20-11141___

Alabama Aircraft Industries, Inc., et al. _____ vs. The Boeing Company, et al. _____

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

**INSTRUCTIONS**

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | $500.00 | $500.00 |
| Appellant's Brief | X | | 50 | 7 | 350 | $52.50 | $52.50 |
| Appendix | X | | 4070 | 5 | 20,350 | $3,052.50 | $3,052.50 |
| Appellee's Brief | | | | | | | |
| Reply Brief | | | 67 | 7 | 469 | $70.35 | $70.35 |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | **TOTAL** | | $3,675.35 REQUESTED | $ $3,675.35 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _____  Date Signed: February 28, 2022

Attorney Name: Laurie Webb Daniel
(Type or print your name)

Attorney for: Plaintiffs-Appellants
(Type or print name of client)

E-mail: laurie.daniel@hklaw.com    Phone: 404.817.8533

Street Address/City/State/Zip: Holland & Knight LLP, 1180 West Peachtree Street, Suite 1800, Atlanta, GA 30309

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ ___$3,675.35___ against ___Appellee___

and are payable directly to ___Appellant___

David J. Smith, Clerk of Court

Issued on: _____  By: /S/ Tresa A. Porter    DATE: 3/1/2022
Deputy Clerk

BOC Rev.: 6/17

ISSUED AS MANDATE 04/28/2022