FILED

2026 Apr-20  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC., ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM, and PEMCO AIRCRAFT ENGINEERING SERVICES, INC.,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 2:11-cv-03577-ACA** |
| **THE BOEING COMPANY,** | ) ) | |
| **Defendant.** | ) | |

**JOINT REPORT**

Pursuant to this Court's February 18, 2026 Text Order (Dkt. No. 714), Plaintiffs ("Pemco") and Defendant ("Boeing") submit the following Joint Report:

1.      Since the filing of the Joint Motion to Stay Proceedings on February 13, 2026 (Dkt. No. 713), the parties have been actively engaged in extensive settlement negotiations directly between client representatives. While robust discussions have taken place, the parties have been unable to reach a resolution of the litigation.

2.      The parties would benefit from rulings on Pemco's Post-Remand Motion for Partial Summary Judgment, Dkt. No. 694, and Boeing's Renewed Rule 12 Motion, Dkt. No. 696.[1]

3.      Pemco intends to file forthwith a motion to strike portions of Boeing's Reply in support of its Renewed Rule 12 Motion (Dkt. No. 702), or, in the alternative, for leave to file a sur-reply. Pemco plans to file this motion before the end of the month. Boeing will oppose this motion.

---

[1] The parties have requested oral argument on both of these motions. *See* Dkt. Nos. 695, 696, 697, 699, 701, 702.

Respectfully submitted on this the 20th day of April, 2026.

/s/ J. Michael Rediker
One of the Attorneys for Plaintiffs

**OF COUNSEL**
J. Michael Rediker (mrediker@rumberger.com)
Joshua Lerner (jlerner@rumberger.com) (*pro hac vice*)
R. Scott Williams (swilliams@rumberger.com)
E. Berton Spence (bspence@rumberger.com)
Peter J. Tepley (ptepley@rumberger.com)
Meredith Jowers Lees (mlees@rumberger.com)
Rebecca A. Beers (rbeers@rumberger.com)
RUMBERGER KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, Alabama 35203

Laurie Webb Daniel (laurie.daniel@webbdaniel.law) (*pro hac vice*)
Jonathan Spital (Jonathan.Spital@webbdaniel.law) (*pro hac vice*)
WEBB DANIEL FRIEDLANDER LLP
75 14th Street NE, Suite 2450
Atlanta, Georgia 30309
**Counsel for Plaintiffs**

/s/ R. Thomas Warburton
One of the Attorneys for Defendant

**OF COUNSEL**
R. Thomas Warburton
J. Thomas Richie
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Craig S. Primis, P.C. (*pro hac vice*)
Kasdin M. Mitchell, P.C.
Alexia R. Brancato, P.C. (*pro hac vice*)
KIRKLAND & ELLIS, LLP
1301 Pennsylvania Ave, N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
**Counsel for Defendant**